New York Plumbers' Specialties Company, Inc., Respondent, *v.* Paul Englander, Appellant.

New York Plumbers' Specialties Company, Inc., Respondent, *v.* Emily L. Hoffbauer, Appellant.

(Submitted May 5, 1930; decided May 13, 1930.)

*Abraham J. Halprin* for motion.

*Reuben Greenbaum* opposed.

Motion denied on condition that appellants' brief be filed and served on or before May 23, 1930; otherwise, motion granted and appeal dismissed, with costs and ten dollars costs of action.

Mansfield Handvill, Respondent, *v.* W. Heyward Drayton, 3d, et al., Appellants, Impleaded with Others.

(Submitted May 5, 1930; decided May 13, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y. 270.)